1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  J. MARK KANG (NYBN 4033999)
   Special Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7050
7      Fax: (415) 436-7234
       E-Mail: Mark.Kang@usdoj.gov
8
9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR 12-0375 WHA |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION CURRENTLY SCHEDULED TO BE HEARD ON SEPTEMBER 25, 2012 |
| BROOKS BELL, ) | |
| Defendant. ) | |

**STIPULATION**

The parties are scheduled to appear before this Court on September 25, 2012 for a motion filed by the defendant, seeking early termination of his supervised release. The government has not been able to speak with defendant's probation officer, nor the prior government attorney in Texas. As such, the government is currently not in a position to offer an opinion on the defendant's motion. Accordingly, the government has requested this additional time in order to properly evaluate the defendant's request and motion. In light of the government's request, the defendant's counsel has

///

informed the undersigned that he has no objection to continuing his pending motion from September 25, 2012 to October 16, 2012, or any date thereafter that is convenient with the court.

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: September 12, 2012          /s/
                                      J. MARK KANG
                                      Special Assistant United States Attorney

DATED: September 12, 2012          /s/
                                      JOSEPH A. TURNER
                                      Attorney for Defendant

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the continuance of the next hearing before this Court to hear the defendant's motion to terminate probation from September 25, 2012 to October 16, 2012 is warranted.

SO ORDERED.

DATED: September 17, 2012.   _____
THE HONORABLE WILLIAM H. ALSUP
United States District Court